ment. June 25, 1915.) Action by Charles Johnson against the Hedden Construction Company. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

JOHNSON v. WARD. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Joseph Johnson against George G. Ward. No opinion. Application denied, with $10 costs. Order signed.

JOHNSTON, Respondent, v. UNIVERSAL MOTOR TRUCK CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by John C. Johnston against the Universal Motor Truck Company, impleaded with others. E. C. Sherwood, of New York City, for appellant. E. D. Webb, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JONATHAN RING & SON, Inc., v. WINOLA WORSTED YARN CO. et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Jonathan Ring & Son, Incorporated, against the Winola Worsted Yarn Company and others; Manufacturers' National Bank of Brooklyn, appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion remitted to the Special Term, Mr. Justice Kelly presiding, to be heard and determined upon the merits; upon authority of Ventimiglia v. Eichner, 213 N. Y. 147, 107 N. E. 48.

JONES, Respondent, v. POST et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by Frances D. Jones, also known as Frances D. Key, against W. Kintzing Post and others. H. B. Tibbetts, of New York City, for appellants. F. C. Scofield, of New York City, for respondent.

PER CURIAM. Order modified by requiring that plaintiff make the complaint more definite and certain in respect to the requirement asked for in paragraph 3(b) of the notice of motion, namely, by stating the title of and the names of the parties to the proceedings referred to in paragraph second of the complaint, and the date when the defendants are alleged to have caused said proceedings to be instituted; and as so modified affirmed, without costs. Settle order on notice.

J. P. KEPNER CO. v. CADY. (Supreme Court, Appellate Division, First Department. June 25, 1915.) Action by the J. P. Kepner Company against Howard E. Cady. No opinion. Application denied, with $10 costs. Order signed.

KAGELMACHER, Respondent, v. INTERNATIONAL RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by John Kagelmacher against the International Railway Company and Erie Railroad Company. No opinion. Motion of defendant International Ry. Co. for leave to appeal to Court of Appeals denied, with $10 costs.

KANE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Thomas Kane against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents.

KAPLAN, Respondent, v. JACKSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Isaac Kaplan against Sarah Jackson.

PER CURIAM. Judgment affirmed, with costs.

FOOTE, J., dissents.

KAPP et al. v. BALM BROS. CO. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Joseph A. Kapp and others against the Balm Brothers Company. No opinion. Application denied, with $10 costs. Order signed.

In re KAZMIERCZAK et al. (Supreme Court, Appellate Division, Fourth Department. May 29, 1915.) In the matter of the application of Michael Kazmierczak and others, appellants, for an investigation of certain elections of trustees of the Polish Roman Catholic Church of the Holy Mother of the Rosary of Buffalo, and others, respondents. No opinion. Appeals dismissed, without costs, upon stipulation filed.

KELCHINSKY, Respondent, v. MONKEN KRAUS REALTY & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Simon Kelchinsky against the Monken Kraus Realty & Construction Company.

PER CURIAM. Judgment and order of the County Court of Kings County affirmed, with costs.

THOMAS, J., dissents.

KELLAS v. SULLIVAN et al. (Supreme Court, Appellate Division, Third Department. September 21, 1915.) Action by Le Roy M. Kellas, as trustee in bankruptcy for Patrick J. Murtaugh, against John J. Sullivan and another. No opinion. Motion granted.

KELSEY SMITH & CO. v. WESTERMANN et al. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Kelsey Smith & Co. against Louis A. Westermann, Aaron T. Doty, and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Decision and judgment modified so as to reduce the finding of the amount of